UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RUFUS J. HAMPTON, III (#329245)

VERSUS

BURL CAIN, WARDEN, ET AL.

CIVIL ACTION

NO. 10-0544-FJP-DLD

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the plaintiff's Complaint shall be dismissed, without prejudice, for failure to pay the Court's filing fee.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, January 13, 2011.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#47077